735332

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

Kevin Martins

**WARRANT FOR ARREST**

CASE NUMBER: CR03-28-01S

RECEIVED
U.S. MARSHALS SERVICE
MAY 24 2007
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Kevin Martins
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title 18 United States Code, Section(s) 3583(d)

Doreen L. Baldinelli
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Doreen L. Baldinelli
Signature of Issuing Officer

May 23, 2007
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

RETURN

at ACI on writ; returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/24/2007 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 05/30/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.