# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

RECEIVED
U.S. MARSHALS SERVICE

***Case No. CR 03-28S***

MAY 3 0 2007

District of Rhode Island

*To:* *ACI*
*CRANSTON, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **KEVIN MARTINS**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the 1st day of **June, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I [illegible] court [illegible] defendant, [illegible] time ordered.

Deputy [illegible] Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: May 30, 2007.

David A. DiMarzio, Clerk

Preliminary Probation Violation Hearing

***By*** ***Martha Saucier***
***Deputy Clerk***