**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR 028-01S** |
| | ) | |
| **KEVIN MARTINS** | ) | |

---

## DEFENDANT'S OBJECTION TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

Now comes Kevin Martins, by and through his counsel, and OBJECTS to the Report and Recommendation of United States Magistrate Judge David Martin. Specifically Mr. Martins objects to the characterization of two of his violations as failures to report arrests.

On August 10, 2006 when Mr. Martins was stopped in Cranston Rhode Island for speeding. He was charged with but not arrested for operating on a suspended driver's license. The police reports attached to the "Supervised Release Violation Report" indicate that Mr. Martins was issued a summons for operating on a suspended driver's license and given an appearance date in state District Court prior to his release.

Similarly when Mr. Martins was stopped by the North Providence Police on July 24, 2006 he was also issued a summons for operating on a suspended driver's license. Again he was summoned to appear and released at the scene by the police officer.

While Mr. Martins does not dispute that his charges and subsequent pleas to these charges result in violations of his supervised release he does dispute their characterization as *arrests*. Similarly he disputes the allegation that his failure to report these charges amounts to failure to report an arrest.

In addition Mr. Martins objects to Magistrate Judge Martin's recommendation that he be ordered to serve a sentence of eight months incarceration followed by twenty eight months of additional supervised release. Mr. Martins suggests that a much shorter sentence would be appropriate. Mr. Martins reserves argument of his specific sentencing recommendation until such time as this matter is addressed by District Judge William E. Smith.

Respectfully Submitted
Kevin Martins,
By and through his counsel

/s/Mary S. McElroy
Assistant Federal Defender

**Certification**

On the 20th day of June, 2007, I served a copy of the within Objection on Lee Vilker, AUSA, and Brian Pletcher, USPO by way of ECF case filing.

/s/ Mary S. McElroy, Esquire